IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| KENDALL J. SLAUGHTER, | ) |
|---|---|
| Plaintiff, | ) ) ) |
| vs. | ) Civil No. 17-cv-630-JGP-CJP ) |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) |

## JUDGMENT IN A CIVIL CASE

**IT IS ORDERED AND ADJUDGED** that, pursuant to an Order entered by United States District Judge J. Phil Gilbert, the Commissioner's final decision denying plaintiff's application for social security benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

Judgment is entered in favor of plaintiff Kendall J. Slaughter and against defendant Nancy A. Berryhill, Acting Commissioner of Social Security.

**DATED:  March 6, 2018**

> **JUSTINE FLANAGAN,**
> **Acting Clerk of Court**
>
> **BY: s/Tina Gray, Deputy Clerk**

**Approved:**

s/ J. Phil Gilbert
**J. Phil Gilbert**
**U.S. District Judge**